IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES T. RODGERS,

       Plaintiff,                   No. CIV S-09-1367 EFB P

       vs.

PLACER COUNTY SHERIFF'S DEPARTMENT,

       Defendant.               ORDER

_____/

     On May 27, 2009 the court ordered plaintiff to file an in forma pauperis affidavit or pay the appropriate filing fee within 30 days and warned him that failure to do so would result in a recommendation that this action be dismissed.

     The 30-day period has expired. Since the order was issued, plaintiff has filed various documents with the court, but he has not filed an in forma pauperis affidavit or paid the appropriate filing fee or otherwise responded to the order.

     The court will grant plaintiff one final opportunity to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail to plaintiff a form

////

////

1

1 application for leave to proceed in forma pauperis.  Failure to comply with this order will result

2 in this action being dismissed

3     So ordered.

4 Dated:  July 17, 2009.

                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE